# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN RUSSELL GATES, | : | |
|     Petitioner | : | CIVIL ACTION NO. 3:14-CV-2392 |
| | : | (Judge Nealon) |
| v. | : | |
| | : | |
| MARK CAPOZZA, ET AL., | : | |
|     Respondents | : | |

## ORDER

**AND NOW, THIS 1st DAY OF JUNE, 2016**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1), is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealabilty.  See 28 U.S.C. § 2253(c).

/s/ William J. Nealon
**United States District Judge**